**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00002-CR**
**NO. 09-14-00004-CR**
_____

**LEANN WALLACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 13-16428 and 13-16403**

**MEMORANDUM OPINION**

On September 9, 2013, the trial court sentenced Leann Wallace on convictions for sexual assault and improper relationship between an educator and a student. Wallace filed notices of appeal on December 2, 2013. The district clerk has provided the trial court's certifications to the Court of Appeals. The trial court certified that these are plea-bargain cases and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

1

We notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. No response has been filed. Because the records do not contain certifications that show the defendant has the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered February 12, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.